IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

ARICK GRAHAM DAIL,

    Petitioner,

v.

UNITED STATES OF AMERICA,

    Respondent.

CIVIL ACTION NO.: CV208-056

(Case No.: CR207-1)

## ORDER

Petitioner has moved this Court for voluntary dismissal of the captioned action.

Pursuant to Fed. R. Civ. P. 41(a)(2), Petitioner's request to withdraw is hereby **GRANTED**. Petitioner's *habeas corpus* action is **DISMISSED**, without prejudice.

**SO ORDERED**, this 4th day of August, 2008.

JUDGE, UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA